UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITA M. JAMES-IRVIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 23-1961 (RBW) |
| RADRIC DAVIS, et al., | ) |
| Defendants. | ) |

**ORDER**

In accordance with the Court's oral rulings at the status conference held on January 23, 2024, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution by the plaintiff.  It is further

**ORDERED** that this case is **CLOSED**.  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the plaintiff's address on record.

**SO ORDERED** this 23rd day of January, 2024.

REGGIE B. WALTON
United States District Judge