UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CAPITAL DISTRICT 208
18 JAN 2024 PM 1 L

BTS

US POSTAGE PITNEY BOWES
ZIP 20001 $ 000.63
02 1W
0001399957 JAN 18 2024



RECEIVED
Mail Room
FEB - 9 2024
Angela D. Caesar, Clerk of Court
U.S. District & Bankruptcy Courts for the District of Columbia

KEITA M. JAMES-IRVIN
1200 U S
Washing

NIXIE    207    CE 1    2201/29/24
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
MANUAL PROC REQ    2217-07978-18-44

